# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKKUWA K. ERVIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>　　　　Defendant. | 1:10-cv—01859-AWI-SKO-PC<br><br>(formerly 1:10-cv-01859-AWI-SKO-HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE A FIRST AMENDED CIVIL RIGHTS COMPLAINT AND DIRECTING THE CLERK TO FILE THE COMPLAINT (DOCS. 12, 13)<br><br>ORDER DIRECTING THE CLERK TO REDESIGNATE THIS ACTION AS A PRISONER CIVIL RIGHTS CASE, REMOVE THE "HC" FROM THE CASE NUMBER, AND SUBSTITUTE "PC"<br><br>ORDER DIRECTING THE CLERK TO SEND NOTICE OF THE NEW CASE NUMBER<br><br>ORDER DIRECTING THE PARTIES TO USE THE NEW PRISONER CIVIL RIGHTS CASE NUMBER |

　　On September 14, 2010, Petitioner filed a petition for writ of habeas corpus concerning various conditions of confinement. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

///

///

1

I. <u>Granting Motion to File the First Amended Complaint and Deeming the Complaint Properly Filed</u>

Pending before the Court is a motion to amend the petition and to convert it to a civil rights complaint pursuant to 42 U.S.C. § 1983 concerning various conditions of confinement. The Court understands this motion to be one seeking to file a first amended complaint.

Good cause appearing, Petitioner's motion to file a first amended complaint is GRANTED, and the Clerk shall FILE the first amended complaint lodged with the Court on November 29, 2010.

II. <u>Redesignating the Action as a Prisoner Civil Rights Action</u>

Plaintiff's action now proceeds as a prisoner civil rights action pursuant to 42 U.S.C. § 1983.

Accordingly, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a prisoner civil rights action by removing the "HC" from the case number and substituting "PC" and to send a notice of the new case number to all parties in this action.

Further, the parties are DIRECTED to use the redesignated case number, to which the "PC" suffix has been substituted, in the pleadings and documents filed in this action.

IT IS SO ORDERED.

**Dated:   December 6, 2010**             /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

2