1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | NOKKUWA K. ERVIN,                                     CASE NO. 1:10-cv-01859-AWI-SMS PC

10 |                          Plaintiff,                  ORDER VACATING ORDER GRANTING IN
                                                         FORMA PAUPERIS STATUS

11 |           v.
                                                         (ECF No. 9)
12 | CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,                     ORDER GRANTING APPLICATION TO
13 | et al.,                                             PROCEED IN FORMA PAUPERIS AND
                                                         ORDER DIRECTING PAYMENT OF INMATE
14 |                          Defendants.                FILING FEE BY CALIFORNIA
                                                         DEPARTMENT OF CORRECTIONS

15 |
                                                    /    (ECF No. 17)
16

17        Plaintiff Nokkuwa K. Ervin ("Plaintiff") is a state prisoner proceeding pro se in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action as a petition for a writ of habeas

19   corpus and a motion to proceed in forma pauperis on September 14, 2010.  (ECF Nos. 1, 2.)  On

20   October 21, 2010, an order issued granting Plaintiff's motion for in forma pauperis status.  (ECF No.

21   9.)  Plaintiff filed a motion to amend the petition and convert this matter to a civil rights action, a

22   motion to proceed in forma pauperis, and a first amended complaint on November 29, 2010.  (ECF

23   No. 12, 13, 17.)   On December 7, 2010, the Court granted Plaintiff's motion and the amended

24   complaint was filed.  (ECF No. 14, 16.)

25        Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed

26   in forma pauperis, filed November 29, 2010, will be granted.  Pursuant to 28 U.S.C. § 1915(b)(1),

27

28

1

1    Plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1]  Plaintiff is obligated

2    to make monthly payments in the amount of twenty percent of the preceding month's income

3    credited to Plaintiff's prison trust account.  The California Department of Corrections is required to

4    send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account

5    exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

6           In accordance with the above and good cause appearing therefor, IT IS HEREBY ORDERED

7    that:

8           1.    The order granting Plaintiff's motion to proceed in forma pauperis on September 14,

9                 2010, is VACATED;

10          2.    Plaintiff's application to proceed in forma pauperis, filed November 29, 2010, is

11                GRANTED;

12          3.    **The Director of the California Department of Corrections or his designee**

13                **shall collect payments from Plaintiff's prison trust account in an amount**

14                **equal to twenty percent (20%) of the preceding month's income credited to**

15                **the prisoner's trust account and shall forward those payments to the Clerk of**

16                **the Court each time the amount in the account exceeds $10.00, in accordance**

17                **with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and**

18                **forwarded to the Clerk of the Court. The payments shall be clearly identified**

19                **by the name and case number assigned to this action.**

20          4.    The Clerk of the Court is directed to serve a copy of this order and a copy of

21                Plaintiff's in forma pauperis application on the Director of the California

22                Department of Corrections, via the court's electronic case filing system

23                (CM/ECF).

24          5.    The Clerk of Court is directed to serve a copy of this order on the Financial

25                Department, 12 U.S. District Court, Eastern District of California, Fresno

26                Division.

27    _____

28          [1]  The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00.  See
     28 U.S.C. § 1914(a).

2

1    6.      Within sixty (60) days of the date of service of this order, Plaintiff shall submit a

2            certified copy of his/her prison trust account statement for the six‑month period

3            immediately preceding the filing of the complaint, if Plaintiff has not already done

4            so.

5        IT IS SO ORDERED.

6    **Dated:    August 8, 2011**                        /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE