1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  | NOKKUWA K. ERVIN,                                          CASE NO. 1:10-cv-01859-AWI-BAM PC

10 |              Plaintiff,                                   ORDER ADOPTING FINDINGS AND
                                                              RECOMMENDATIONS AND DENYING
11 |     v.                                                   PLAINTIFF'S MOTION FOR A PRELIMINARY
                                                              INJUNCTION
12 | CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,    (ECF Nos. 16, 23, 25 )
13 | et al.,

14 |              Defendants.
                                                    /
15

16        Plaintiff Nokkuwa K. Ervin ("Plaintiff"), a state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on September 14,

18 2010.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19 636(b)(1)(B) and Local Rule 302.

20        Plaintiff seeks temporary restraining orders and injunctions directing that his disabled

21 permanent disability status be restored; he be issued orthopedic shoes, a cane, and an egg crate

22 mattress; arrangements be immediately made for him to be examined by a qualified neurologist and

23 he be provided with a prescription for pain management therapy and physical therapy.  (First

24 Amended Compl. 29-30, ECF No. 16.)  Plaintiff also seeks a temporary restraining order and

25 injunction prohibiting any further harassment of Plaintiff and directing that he be immediately

26 released from administrative segregation.  (Id. at 41-42.) On August 10, 2011, the Magistrate Judge

27 filed findings and recommendations recommending that Plaintiff's motions for injunctive relief be

28 denied. (ECF No. 23.) Plaintiff filed objections to findings and recommendations on September 21,

1

1   2011.  (ECF No. 23.)  The Court has read and considered Plaintiff's objections.

2          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

3   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings

4   and recommendations to be supported by the record and by proper analysis.   In the objections,

5   Plaintiff admits that the  "eggcrate mattress", the only issue remaining in the pending motion has

6   been denied based on medical positions taken after 2002, when it was first issued, and 2006, when

7   it was taken away.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.        The findings and recommendations, filed August 10, 2011, is adopted in full; and

10         2.        Plaintiff's motion for injunctive relief, filed December 7, 2010 is DENIED.

11  IT IS SO ORDERED.

12
    Dated:     December 23, 2011
13                                              _____
                                                CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2